# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| C.T., by Next Friend<br>Jeanette Beason and all others<br>similarly situated | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:11-01123 |
| ROBERT BENTLEY, M.D., et al., | ) ) | |
| Defendants. | ) ) ) | |

## MOTION TO WITHDRAW

COMES NOW Donald W. Stewart and respectfully requests that this Honorable Court remove him as Attorney of Record for the Plaintiffs in the above referenced case. The grounds for this motion are as follows:

1. Plaintiffs will continue to be represented by other Counsel of Record.
2. No party will be prejudiced by this withdrawal.

s/ Donald W. Stewart
Donald W. Stewart
Stewart & Stewart, P.C.
1826 3rd Avenue North Ste. 300
Bessemer, Alabama 35020
(205) 425-1166
Donaldwstewart5354@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29 day of January, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and the following will be sent notification of such filing via either the CM/ECF system or the United States mail:

Anne Elizabeth McGowin (DOO001)
Office of the Governor
STATE OF ALABAMA
Alabama State Capital, Room N-103
600 Dexter Avenue
Montgomery, AL 36130
**Counsel for Defendants**

Timothy L. Arnold
1823 3rd Ave. N.
Bessemer, AL 35020
**Counsel for Plaintiffs**

Dan C. King, III
1823 3rd Ave. N.
Bessemer, AL 35020
**Counsel for Plaintiffs**

Mary Arrington Goldthwaite
Office of the Attorney General
Alabama State House
501 Washington Avenue
Montgomery, AL 36130
**Counsel for Defendants**