IN THE UNITED STTES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C.T., by next friend Jeanette Beason and all others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:11-cv-1123-MEF |
| ) | |
| ROBERT BENTLEY, *et al.*, ) ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #34) filed by Donald W. Stewart on January 29, 2013, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 31st day of January, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE